IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**DONTE HENDERSON,**

    **Plaintiff,**

v.

**BENNET BRAMLET, et al.,**

    **Defendants.**                                  **Case No. 08-cv-15-DRH**

## ORDER

**HERNDON, Chief Judge:**

    Presently before the Court is Plaintiff's Motion for Default Judgment (Doc. 28). While **FEDERAL RULE OF PROCEDURE 55(b)** provides the procedural vehicle for obtaining a default *judgment* against a party, the moving party must first seek an *entry* of default from the Clerk of the Court against the party in default, pursuant to **Rule 55(a)**. In this case, Plaintiff has failed to obtain such entry of default prior to seeking a default judgment. Therefore, without making a finding as to whether any of the Defendants are actually in default, the Court must **DENY** Plaintiff's Motion (Doc. 28) at this time as it is premature.

    Plaintiff must first file a Motion for Entry of Default by Clerk, pursuant to **Rule 55(a)**, and then move for a default judgment pursuant to **Rule 55(b)**, at

which time, the Court will revisit the issue. Plaintiff must also specify which Defendant(s) he believes are in default and why.

        **IT IS SO ORDERED**.

Signed this 28th day of October, 2009.

                         /s/  David R Herndon
                         **Chief Judge**
                         **United States District Court**