IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DONTE HENDERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 08-cv-15-DRH |
| ) | |
| BENNET BRAMLET, OFFICER ANTHONY, ) | |
| and, OFFICER STARKWEATHER, ) | |
| ) | |
| Defendants. ) | |

### ORDER

Currently pending before the Court is Defendant's Motion to Strike Requests for Admissions directed to Brad Bramlet (Doc. 56). Defendant argues that the requests for admissions were improper in that they were not written in a format allowing Defendant Bramlet to admit or deny the statements. Instead, they were written as questions. Defendant Bramlet moves to strike the requests for admissions as improper. Defendant Bramlet, however, states that he will answer the questions as if they were interrogatories. Because Defendant Bramlet will answer the questions posed by Plaintiff in the document, although not as requests to admit or deny, the Court finds the Motion to Strike to be **MOOT**.

**IT IS SO ORDERED.**

**DATED: April 14, 2010**

*s/ Donald G. Wilkerson*
**DONALD G. WILKERSON**
**United States Magistrate Judge**
